

QPWB
ATTORNEYS

QUINTA...

P: (2...

June 9, 2025

The Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street, Room 530
White Plains, New York 10601

> Defendant Brookstone Capital Management LLC's ("BCM") motion to compel arbitration (Doc. 16) is deemed withdrawn in light of BCM's notice (Doc. 28), and is therefore denied as moot. The Clerk of Court is respectfully requested to terminate the pending motion (Doc. 16). BCM shall answer or otherwise move with respect to the amended complaint by June 24, 2025.
>
> SO ORDERED.
>
> _(signature)_
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> June 9, 2025

RE: DiRico v. Brookstone Capital Management, LLC (S.D.N.Y. Case No. 7:25-CV-01052-PMH)

Dear Judge Halpern:

As you are aware, our offices represent Defendant Brookstone Capital Management LLC ("Defendant BCM") in the above captioned matter. We submit this letter respectfully in regard to the Court's Order dated 05/30/2025 ECF Dkt. 26. More specifically, Defendant BCM's withdraws its Motion to Compel Arbitration dated May 12, 2025, ECF Dkt. 16.

Respectfully Submitted,

QUINTAIROS PRIETO WOODS BOYER PA

_(signature)_

ANTHONY C. VARBERO, ESQ.