UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. JULIE DIRICO, DR. MARTIN HYMAN,
HEM NALINI SINGH, and JAGNARINE
SINGH,

                   Plaintiffs,

            -against-

BROOKSTONE CAPUTALMANAGEMENT,
LLC, CHRISTOPER J. CONOVER, and
HUDSON VALLEY WEALH
MANAGEMENT, INC.,

                Defendants.

---

CHRISTOPER J. CONOVER, and HUDSON
VALLEY WEALH MANAGEMENT, INC.,

          Third-Party Plaintiffs,

            -against-

FLAGSTAR BANK, THOMAS J. CALECA,
MEGLIO GROUP, LLC, STEVEN MEGLIO,
REID CPA, LLC, ISRAELOFF TRATTNER &
CO., PC, PROUDLIVING HUDSON GP I,
LLC, PROUDLIVING NEW JERSEY REAL
ESTATE FUND LP, THE PROUDLIVING
COMPANIES, PROUDLIVING COMPANIES,
LLC, and ANDREW WILDER, CPA,

         Third-Party Defendants.

**ORDER**

25-CV-01052 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court has scheduled oral argument on Brookstone Capital Management, LLC's pending motion to compel Plaintiffs to submit the claims asserted in this action to binding arbitration (Doc. 45) and a status conference, to proceed on March 24, 2026 at 11:00 a.m. in courtroom 520 of the White Plains courthouse. All parties shall appear at that date and time.

SO ORDERED.

Dated:    White Plains, New York
          February 25, 2026

_____
PHILIP M. HALPERN
United States District Judge

2