UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. JULIE DIRICO, DR. MARTIN HYMAN,
HEM NALINI SINGH, and JAGNARINE
SINGH,

                Plaintiffs,

        -against-

BROOKSTONE CAPUTALMANAGEMENT,
LLC, CHRISTOPER J. CONOVER, and
HUDSON VALLEY WEALH
MANAGEMENT, INC.,

               Defendants.

CHRISTOPER J. CONOVER, and HUDSON
VALLEY WEALH MANAGEMENT, INC.,

          Third-Party Plaintiffs,

        -against-

FLAGSTAR BANK, THOMAS J. CALECA,
MEGLIO GROUP, LLC, STEVEN MEGLIO,
REID CPA, LLC, ISRAELOFF TRATTNER &
CO., PC, PROUDLIVING HUDSON GP I,
LLC, PROUDLIVING NEW JERSEY REAL
ESTATE FUND LP, THE PROUDLIVING
COMPANIES, PROUDLIVING COMPANIES,
LLC, and ANDREW WILDER, CPA,

          Third-Party Defendants.

**ORDER**

25-CV-01052 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared for oral argument and a status conference today. For the reasons set forth on the record and the law cited therein, Defendant Brookstone Capital Management, LLC's pending motion to compel Plaintiffs to submit the claims asserted in this action to binding arbitration (Doc. 45) is GRANTED only as to Plaintiff Dr. Martin Hyman and is otherwise DENIED, as stated on the record.

By March 27, 2026, counsel shall advise the Court of the status of their meet and confer with respect to documentation regarding arbitration as to the other plaintiffs; and third-party plaintiffs shall advise the Court whether they intend to pursue a motion for default judgment against third-party defendant Thomas J. Caleca or are voluntarily discontinuing their claims without prejudice as to all third-party defendants.

See Transcript.

The Clerk of Court is respectfully requested to terminate the pending motion (Doc. 45).

**SO ORDERED.**

Dated:　White Plains, New York
　　　　 March 18, 2026

_____
PHILIP M. HALPERN
United States District Judge