UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. JULIE DIRICO, DR. MARTIN HYMAN, HEM NALINI SINGH, and JAGNARINE SINGH,

Plaintiffs,

-against-

BROOKSTONE CAPITAL MANAGEMENT, LLC, CHRISTOPER J. CONOVER, and HUDSON VALLEY WEALTH MANAGEMENT, INC.,

Defendants.

**ORDER**

25-CV-01052 (PMH)

PHILIP M. HALPERN, United States District Judge:

On October 20, 2026, the Court issued an order which stayed this action as to Plaintiffs Dr. Martin Hyman, Julie DiRico, and Jagnarine Singh pending their arbitration with Defendant Brookstone Capital Management, LLC. (Doc. 116). The order provided that this case would be administratively closed without prejudice to reopen within 30 days of the conclusion of the arbitration proceedings unless, by October 30, 2026, the parties filed a letter explaining why this case should remain open and active on this Court's docket. The parties have not filed any letter or otherwise communicated with the Court to date.

Accordingly, it is hereby ORDERED that the Clerk of Court shall administratively close this case, without prejudice to either party moving by letter motion to reopen the case within thirty days of the conclusion of the arbitration proceedings.[1]

[1] *See Bernardino v. Barnes & Noble Booksellers, Inc.*, 763 F. App'x 101, 103 (2d Cir. 2019) (there is "no jurisdictional significance to [a] docket entry marking [a] case as 'closed,' which . . . was made for administrative or statistical convenience."); *Abreu v. Thomas*, No. 17-CV-01312, 2019 WL 11157245, at *1 (N.D.N.Y. July 19, 2019) ("Administrative closure is a docket management device which allows the removal of cases from the court's docket in appropriate situations . . . The effect of an administrative closure is the same as a stay" (internal citations and quotation marks omitted)).

All conferences or other scheduled court appearances are cancelled.

SO ORDERED.

Dated: White Plains, New York
November 2, 2026

Philip M. Halpern
United States District Judge